**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **IN RE:** | **IN PROCEEDINGS UNDER CHAPTER 13** |
| **MICHAEL S. SPILLAN** | **CASE NO: 09-55094** |
| **MELISSA K. SPILLAN** | **JUDGE:  JOHN E. HOFFMAN, JR.** |
| **Debtors** | |

**NOTICE OF PAYMENT AMOUNT**

Now comes the Secured Creditor, FLAGSTAR BANK, FSB, by and

through its Counsel and hereby gives notice to all parties that the monthly post-petition

payment amount is $2,520.64 per month, effective with the October 1, 2009 mortgage

payment.

> ___/s/ Mark R. Lembright_____
> FELTY & LEMBRIGHT CO., L.P.A.
> Mark R. Lembright (0041545)
> Attorney for Movant
> 1500 West Third Street, Suite 400
> Cleveland, OH  44113
> (216) 588-1500 ext 128
> (216) 771-4334-fax
> mlembright@feltyandlembright.com

## PROOF OF SERVICE

I certify that on the ___6th___ day of _____August_____, 2009, copies
of the foregoing were served by mailing the same by ordinary U.S. Mail, postage prepaid,
and/or electronically as permitted by local rule, to the persons listed below.

**Served by Regular U.S Mail**

Michael S. Spillan
Melissa K. Spillan
1018 Greythorne Place
Columbus, OH 43230
Debtors

**Electronic Mail Notice List**

The following is a list of parties who are currently on the list
to receive e-mail notice/service for this case:

Frank M. Pees, Trustee
trustee@ch13.org

Danielle R. Weinzimmer, Esq.
Debtor's Attorney
dlahmers@ohiolegalclinic.com

Asst US Trustee (Col)
ustpregion09.cb.ecf@usdoj.gov

Respectfully Submitted,


___/s/ Mark R. Lembright_____
FELTY & LEMBRIGHT CO., L.P.A.
Mark R. Lembright (0041545)
Attorney for Movant
1500 West Third Street, Suite 400
Cleveland, OH  44113
(216) 588-1500 ext 128
(216) 771-4334-fax
mlembright@feltyandlembright.com